IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE:  JERRY C LISTER                                                                  CASE NO: 2:05-bk-79982 B
       DEBTOR                                                                                              CHAPTER 13

## CHAPTER 13 ORDER OF DISMISSAL
## FOR FAILURE TO MAKE PLAN PAYMENTS

Before the court is the Motion to Dismiss filed by the Trustee on September 22, 2010, as a result of the debtor's failure to make plan payments in accordance with the plan. The motion was set for hearing on October 20, 2010. The debtor did not appear and the debtor's attorney did appear.

For cause shown, the court finds that the debtor has failed to make payments pursuant to the plan. Therefore, the case should be, and hereby is, dismissed.

IT IS SO ORDERED.

Date:  October 20, 2010                                          /s/ Ben T. Barry
                                                                                   Ben T. Barry
                                                                                    United States Bankruptcy Judge

cc:    Joyce Bradley Babin, Trustee

       Herschel W Cleveland
       P O Box 588
       Paris, AR  72855

       Jerry C Lister
       7 South 39Th Street
       Van Buren, AR  72956

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE: JERRY C LISTER                                                    CASE NO: 2:05-bk-79982 B
DEBTOR                                                                            CHAPTER 13

## CHAPTER 13 ORDER OF DISMISSAL
## FOR FAILURE TO MAKE PLAN PAYMENTS

Before the court is the Motion to Dismiss filed by the Trustee on September 22, 2010, as a result of the debtor's failure to make plan payments in accordance with the plan. The motion was set for hearing on October 20, 2010. The debtor did not appear and the debtor's attorney did appear.

For cause shown, the court finds that the debtor has failed to make payments pursuant to the plan. Therefore, the case should be, and hereby is, dismissed.

IT IS SO ORDERED.

Date: October 20, 2010                                    /s/ Ben T. Barry
                                                                       Ben T. Barry
                                                                       United States Bankruptcy Judge

cc:   Joyce Bradley Babin, Trustee

      Herschel W Cleveland
      P O Box 588
      Paris, AR  72855

      Jerry C Lister
      7 South 39Th Street
      Van Buren, AR  72956

GO 11-28 / CW / 117a